# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:08CV209

| | |
|---|---|
| **FIFTH THIRD BANK,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| **MOUNTAIN CHEVROLET, PONTIAC,** ) | |
| **GMC TRUCK, INC.; ROBERT L.** ) | |
| **HOILMAN; and EDDIE D. LEDFORD,** ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Plaintiff's motions for admission *pro hac vice* of Robert C. Goodrich, Jr., Samuel B. Zeigler, and Garry K. Grooms, to appear as counsel in this matter.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiff's motions are **ALLOWED**, and Robert C. Goodrich, Jr., Samuel B. Zeigler, and Garry K. Grooms, are hereby granted special admission to the bar of this Court, payment of the admission fees having been received by the Clerk of this Court.

Signed: October 15, 2008

Lacy H. Thornburg
United States District Judge