IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:08CV209

| | |
|---|---|
| FIFTH THIRD BANK, ) ) Plaintiff, ) ) Vs. ) ) MOUNTAIN CHEVROLET, PONTIAC, ) GMC TRUCK, INC.; ROBERT L. ) HOILMAN; and EDDIE D. LEDFORD, ) ) Defendants. ) ) | **DEFAULT JUDGMENT** |

For the reasons stated in the Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff have and recover of the Defendants Mountain Chevrolet, Pontiac, GMC Truck, Inc., and Robert L. Hoilman, jointly and severally, the sum of $1,695,092.85, with interest thereon, accruing at the rate of $98.73002 per day, until paid in full, and its costs of the action as taxed by the Clerk.

Signed: April 6, 2009

Lacy H. Thornburg
United States District Judge