**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CIVIL NO.  1:08CV209**

| | | |
|---|---|---|
| **FIFTH THIRD BANK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **Vs.** | ) | **J U D G M E N T** |
| | ) | |
| **MOUNTAIN CHEVROLET, PONTIAC,** | ) | |
| **GMC TRUCK, INC.; ROBERT L.** | ) | |
| **HOILMAN; and EDDIE D. LEDFORD,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

For the reasons stated in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that

the Plaintiff have and recover of the Defendant Eddie D. Ledford, jointly

and severally with co-Defendants Mountain Chevrolet, Pontiac, GMC

Truck, Inc., and Robert L. Hoilman, the sum of $1,695,092.85, with interest

thereon, accruing at the rate of $98.73002 per day, until paid in full, and its

costs of the action as taxed by the Clerk.

Signed: April 13, 2009

Lacy H. Thornburg
United States District Judge